# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>LAW OFFICE OF LANCE E. ARMO, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00163-LJO-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

      Plaintiff Angela Sanchez filed a complaint and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on January 31, 2020. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

      Accordingly, IT IS HEREBY ORDERED THAT:

      1.     Plaintiff's application to proceed in forma pauperis is GRANTED;

      2.     The Clerk of Court is DIRECTED to issue a summons; and

      3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendants as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **January 31, 2020**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE